1  LAWRENCE G. BROWN
   Acting United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJINDER KAUR, | No. CIV F 1:09-cv-866 OWW DLB |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| David Roark, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of her application to adjust status to that of permanent resident by U.S. Citizenship and Immigration Services (CIS). On June 15, 2009, CIS granted the application for adjustment of status. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: June 16, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:  /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants

By:  /s/ Robert B. Jobe
     Robert B. Jobe
     Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

Dated:   June 16, 2009                                  /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE